**DENIED and Opinion Filed August 26, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00969-CV

### IN RE PERRY'S RESTAURANT, LTD D/B/A
### PERRY'S STEAKHOUSE & GRILL, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00739-B**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is relator's August 16, 2024 petition for writ of mandamus.

Relator challenges the trial court's May 21, 2024 Order Denying Defendant Perry's

Restaurants, Ltd.'s Motion to Sever.

Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that relator lacks an adequate appellate remedy. *In*

*re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude

that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

240969F.P05